AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Shaquille Ferguson | ) | Case No.  **1:26-mj-00166** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 13, 2025 _____ in the county of _____ Hamilton _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of Ammunition by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit in Support of a Criminal Complaint.

☑ Continued on the attached sheet.

THOMAS CHIAPPONE (Affiliate)  Digitally signed by THOMAS CHIAPPONE (Affiliate) Date: 2026.03.03 11:50:06 -05'00'

*Complainant's signature*

Thomas Chiappone, Task Force Officer, ATF

*Printed name and title*

Attested to by the applicant by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:  03/03/2026

*Judge's signature*

City and state:  Cincinnati, Ohio

Hon. Stephanie K. Bowman, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Thomas Chiappone, being duly sworn, hereby depose and state as follows:

1.      I make this affidavit in support of a criminal complaint pursuant to Rule 4 of the Federal Rules of Criminal Procedure, charging Shaquille FERGUSON with a violation of 18 U.S.C. § 922(g)(1), Possession of Ammunition by a Prohibited Person.

2.      I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been since November of 2023. In concurrence with my ATF appointment, I have been a Cincinnati Police Department Police Officer since January of 2019. In July of 2020, I was assigned to the Gun Crime Task Force, which became the Crime Gun Intelligence Center in September of 2021. I have experience investigating firearm related offenses as well as the violent offenders that perpetuate them. I have conducted many narcotics investigations, resulting in the seizure of narcotics, and multiple firearms, arrests of suspects, their prosecution, conviction, and the seizure of large amounts of U.S. currency. I have conducted interviews of individuals involved in the distribution, transportation, and sales of controlled substances and firearms. I have become familiar with the day-to-day operations of violent offenders, not only in their respective neighborhoods, but also within the digital landscape.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**<u>PROBABLE CAUSE</u>**

**A. Introduction**

4.      On October 13, 2025, Cincinnati Police Department (CPD) officers were dispatched to a shooting that occurred outside the City Bird restaurant on Fountain Square in downtown Cincinnati, Ohio, located in the Southern District of Ohio. Two individuals—a 19-year-old and a 16-year-old juvenile—were struck by gunfire. The investigation showed that in the evening hours of October 13, 2025, FERGUSON and his associate (hereinafter "Associate-1") got into an altercation inside the City Bird restaurant. After the altercation, FERGUSON exited City Bird, brandished a firearm, and fired three shots, striking the two individuals. Because FERGUSON was a convicted felon, he was prohibited from possessing firearms and ammunition. Investigators recovered three shell casings where FERGUSON fired, but did not recover FERGUSON's firearm because he fled the area, and later turned himself in to police.

**B. On October 13, 2025, FERGUSON fired three rounds of ammunition in a shooting outside the City Bird restaurant on Fountain Square.**

5.      On October 13, 2025, CPD officers responded to a shooting at the City Bird Restaurant on Fountain Square. Responding officers learned that two people were struck by gunfire and sustained injuries. One adult (hereinafter "Individual-1") was shot in the leg and one juvenile (hereinafter "Juvenille-1") was grazed by a bullet.

6.      The responding officers secured the crime scene and obtained surveillance video from City Bird. An investigator processed the crime scene and recovered three, 9mm shell casings. The City Bird surveillance video, which I have reviewed, captured the events leading up to the shooting and the shooting incident.

2

7.      Surveillance video showed that at approximately 7:40 p.m., two individuals, later identified as FERGUSON and Associate-1, entered the City Bird restaurant. In the photograph below, the individual identified as FERGUSON is on the left wearing the plain white t-shirt, black pants, and black and white shoes[1]; and the individual identified as Associate-1 is on the right wearing the black "City Morgue" t-shirt, blue jeans, and black shoes.



8.      Surveillance video from inside the City Bird restaurant showed the following:

a.  Associate-1 got into an argument with a woman. During the argument, Associate-1 struck the woman in the head.

b.  After Associate-1 struck the woman, a store employee appeared to confront Associate-1, and Associate-1 and FERGUSON began to walk towards the exit.

c.  Near the exit, Associate-1 pushed, then punched the person who was later identified as Individual 1.

---

[1] FERGUSON was identified by the investigator assigned to the case based on the investigator's review of surveillance footage. I learned that the investigator was familiar with FERGUSON from a prior incident. Further, it appears that FERGUSON does not dispute that he was the person in the video who fired shots. He turned himself in after the shooting and claimed he fired shots in self-defense. Ultimately, his state charges for the shooting offense were dismissed on self-defense grounds.

d. As the altercation escalated, Juvenille-1 brandished a firearm, Individual-1 brandished a firearm, and FERGUSON brandished a firearm. The image below shows FERGUSON brandishing the firearm inside City Bird.

e. FERGUSON and Associate-1 eventually exited the restaurant.



9. Surveillance video from outside of City Bird showed the following (see images below):

a. After FERGUSON and Associate-1 exited City Bird, they began leaving the area, walking towards Vine Street.

b. Associate 1 turned around and pointed at the door.

c. FERGUSON then turned around, removed his firearm from his waistband, and fired three shots at the City Bird, striking Individual-1 and Juvenile-1.

| FERGUSON and Associate-1 began walking away from City Bird |  |
| --- | --- |

4

| FERGUSON removed a firearm from his waistband | |
| FERGUSON fired three shots as Individual-1 opened the restaurant door | |

10.     Investigators recovered three, 9mm shell casings from the area where

FERGUSON discharged his firearm. The location of the shell casings is consistent with

surveillance video showing the location where FERGUSON fired his gun three times. The

5

shell casings were entered into National Integrated Ballistic Information Network[2] (NIBIN), which indicated that the three shell casings were discharged from the same firearm and no additional firearms were discharged. To date, I am not aware of the firearm FERGUSON possessed having been recovered by law enforcement.[3]

**C. Before October 13, 2025, FERGUSON had been convicted of a crime punishable by a term of imprisonment exceeding one year and was prohibited from possessing firearms and ammunition.**

11.　I reviewed FERGUSON's criminal history to determine whether he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year. I learned that on July 23, 2025, FERGUSON was convicted of aggravated assault, a felony of the fourth degree, in Hamilton County, Ohio Court of Common Pleas Case Number B2500364-B. Ohio aggravated assault is a felony and is punishable by a term of imprisonment exceeding one year. For this conviction, FERGUSON was sentenced to a term of community control.

12.　I also reviewed FERGUSON's Entry of Guilty Plea in Case B2500364-B, which FERGUSON signed on July 17, 2025. The Entry of Guilty Plea form FERGUSON signed indicated that the potential sentence for his aggravated assault conviction included a maximum sentence of 18 months. Therefore, I believe that on October 13, 2025,

---

[2] NIBIN is a nationwide data network administered by the Bureau of Alcohol Tobacco and Firearms ATF that is comprised of 3-dimensional microscopic images of shell casings collected from crime scenes and test fire cartridges generated from recovered crime guns by law enforcement agencies across the country.  These crime scene and test fire cartridges are collected, imaged, and submitted by the respective agencies for comparison to existing submissions contained within NIBIN.  NIBIN correlates these submissions into likely matches that are subsequently verified by a NIBIN examiner, and subsequently subjected to a peer-review process, that determines multiple shell casings were generated by the same firearm which resulted in unique tooling marks and characteristics being transferred from the firearm to each shell casing.  This information results in the publishment of an investigative lead showing commonalities between each crime event.

[3] FERGUSON has also been charged in Hamilton County, Ohio Common Pleas Case Number B2505791 with charges related to a shooting incident that occurred two days before this shooting, where he is alleged to have possessed and discharged the same firearm that discharged the shell casings at City Bird.

6

FERGUSON knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

**D. The ammunition FERGUSON possessed on October 13, 2025, traveled in interstate commerce.**

13.     The ammunition FERGUSON possessed on October 13, 2025, is described as 9mm ammunition bearing a headstamp with the markings "BLAZER" and "9mm LUGER." An ATF Interstate Nexus expert examined the ammunition and determined that the ammunition was manufactured by Cascade Cartridge INC in Lewiston, Idaho. As such, the ammunition traveled in interstate commerce before it was recovered in Ohio on October 13, 2025.

<b><u>CONCLUSION</u></b>

14.     For the reasons stated above, I submit that there is probable cause to believe that Shaquille FERGUSON, in the Southern District of Ohio, committed a violation of 18 U.S.C. § 922(g)(1), Possession of Ammunition by a Prohibited Person. Therefore, I request that an arrest warrant be issued to bring FERGUSON before this Court based on the allegations contained herein.

7

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

THOMAS CHIAPPONE (Affiliate)  Digitally signed by THOMAS CHIAPPONE (Affiliate)
Date: 2026.03.03 11:50:45 -05'00'

Thomas Chiappone
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on March 3 , 2026.

HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

8