## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1126CR 026** |
| Plaintiff, | : | |
| | : | JUDGE **J. BARRETT** |
| v. | : | **I N D I C T M E N T** |
| SHAQUILLE FERGUSON, | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession by a Prohibited Person)

On or about October 13, 2025, in the Southern District of Ohio, the defendant, **SHAQUILLE FERGUSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, as defined in 18 U.S.C. § 921(a)(17), that is, three 9mm cartridge cases, and the ammunition was in and affecting interstate commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **SHAQUILLE FERGUSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/S/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

*Ashly N. Brucato*

**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**